DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOMERSET ACADEMY, INC.,**
a Florida Not for Profit Company,
Appellant,

v.

**ANGELINA JADULAL,**
Appellee.

No. 4D21-203

[June 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case Nos. 062016CC003458AXXXSO and 062019AP004716AXCCCE.

Charles Gibson of Gibson Law Offices, Miami, for appellant.

Frank Wolland of Keystone Law Firm, P.A., North Miami, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***